In the Matter of the Claim of RUMITINO SOLIVAN, Respondent, against ULSTER VEGETABLE GROWERS CO-OPERATIVE, INC., et al., Appellants, and MICHAEL J. MAHONEY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. MARCIA STROCK, VIVA FICHTNER, KARL FICHTNER and FRANCIS P. CARY, Respondents.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Claim of LEONORA G. TAYLOR, Appellant, and the Claim of the Commissioner of Taxation and Finance, Respondent, against VICTOR E. MOLLET et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Claim of RIOS S. TEOFILA, Respondent, against ULSTER VEGETABLE GROWERS CO-OPERATIVE, INC., et al., Appellants, and MICHAEL J. MAHONEY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of DANIEL S. VIGNONE, Petitioner, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Claim of PATRICIO VILLANEURA, Respondent, against ULSTER VEGETABLE GROWERS CO-OPERATIVE, INC., et al., Appellants, and MICHAEL J. MAHONEY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.